No. 97-1677. JOOS *v.* JOOS. Ct. App. Utah. Certiorari denied.

No. 97-1708. NAKAMURA *v.* CHUN ET AL. Int. Ct. App. Haw. Certiorari denied.

No. 97-1710. BIOFILM, INC., ET AL. *v.* BOYNTON ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 97-1714. COATES *v.* SEATON. Ct. App. Colo. Certiorari denied.

No. 97-1718. MOSS *v.* GARRITY ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 97-1719. RHETT *v.* CARNEGIE CENTER ASSOCIATES. C. A. 3d Cir. Certiorari denied.

No. 97-1724. BARKER *v.* LEEDS ET AL. Ct. App. Ky. Certiorari denied.

No. 97-1728. SALGUERO *v.* CALIFORNIA. App. Dept., Super. Ct. Cal., Alameda County. Certiorari denied.

No. 97-1730. DEER PARK INDEPENDENT SCHOOL DISTRICT ET AL. *v.* HARRIS COUNTY APPRAISAL DISTRICT ET AL. C. A. 5th Cir. Certiorari denied.

No. 97-1731. BOWEN *v.* OISTEAD ET AL. C. A. 9th Cir. Certiorari denied.

No. 97-1738. MAY ET AL. *v.* TOWN OF MOUNTAIN VILLAGE. C. A. 10th Cir. Certiorari denied.

No. 97-1750. BRYANT, ON BEHALF OF BRYANT *v.* CADDO PARISH SCHOOL BOARD. C. A. 5th Cir. Certiorari denied.

No. 97-1755. COFFEY *v.* COLLESTER, JUDGE, SUPERIOR COURT, MORRISTOWN, NEW JERSEY, ET AL. C. A. 3d Cir. Certiorari denied.

No. 97-1757. MOORE *v.* KEEP ET AL. C. A. 9th Cir. Certiorari denied.